Argued and submitted January 13, decree modified February 26, 1986

In the Matter of the Marriage of

# HAMILTON,
*Respondent,*
*and*

# HAMILTON,
*Appellant.*

(9585; CA A36473)

714 P2d 285

Richard E. Forcum, Bend, argued the cause for appellant. With him on the brief were Paul J. Speck and Forcum, Parker & Speck, Bend.

Warren John West, Bend, argued the cause and filed the brief for respondent.

Before Richardson, Presiding Judge, and Warden and Newman, Judges.

PER CURIAM

## PER CURIAM

Wife appeals a decree of dissolution, challenging several of its provisions. On *de novo* review we affirm the decree with the exception of paragraph 7, which provides:

"Petitioner [husband] shall have a judgment against Respondent [wife] for delinquent mortgage payments in the sum of $1,135.00."

Husband concedes that the proper amount of the judgment is $900.

Paragraph 7 of the decree is modified by reduction of the judgment to $900; otherwise the decree is affirmed. No costs to either party.